**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br><br>CRAIG WIEGEL<br><br>    *Plaintiff,*<br><br>v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>    *Defendant.* | [PROPOSED] ORDER<br><br><br>Case No. 23 Civ. 2677 (LGS) |

## [PROPOSED] ORDER

Upon consideration of counsel's motion to withdraw as representation of Plaintiff-Relator Craig Wiegel, it is hereby

ORDERED that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that R. Scott Oswald, Lydia A. Pappas, and The Employment Law Group, P.C. be withdrawn as counsel of record for Plaintiff-Relator Craig Wiegel.

It is further **ORDERED** that Plaintiff-Relator Wiegel shall file a letter on the docket by **December 12, 2025**, providing his mailing address and advising whether he plans to proceed pro se or retain new counsel.

It is further **ORDERED** that Withdrawing Attorneys Oswald and Pappas shall serve on Plaintiff-Relator Wiegel a copy of this Order and the Order at Dkt. No. 14, and file proof of service on the docket.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 10.

Dated:  December 2, 2025
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*

CRAIG WIEGEL

    *Plaintiff,*

v.

ROTECH HEALTHCARE, INC.,

    *Defendant.*

**MOTION TO WITHDRAW**

**AS COUNSEL**

Case No. 23 Civ. 2677 (LGS)

### MOTION TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF-RELATOR CRAIG WIEGEL

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Lydia A. Pappas dated October 22, 2025, R. Scott Oswald, Lydia A. Pappas, and The Employment Law Group, P.C. (collectively "TELG") hereby move this Court, before the Honorable Lorna G. Schofield, United States District Judge at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order, pursuant to Local Civil Rule 1.4, relieving TELG as counsel for Plaintiff-Relator Craig Wiegel.

Dated: October 22, 2025

Respectfully Submitted,

Lydia A. Pappas, Bar no. 983867
R. Scott Oswald (admitted *pro hac vice*)
The Employment Law Group, P.C.
1717 K St NW, Suite 1110
Washington, D.C. 20006
(202) 261-2822 (telephone)
(202) 261-2835 (facsimile)
lpappas@employmentlawgroup.com
soswald@employmentlawgroup.com

*Counsel for Plaintiff-Relators*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2025, a true and correct copy of the foregoing

was served via electronic mail upon:

Ilan Stein, Esq.
Assistant U.S. Attorney
26 Federal Plaza, 37th Floor
New York, NY 10278
Ilan.Stein@usdoj.gov

Lydia A. Pappas


## CERTIFICATE OF SERVICE TO PLAINTIFF

I hereby certify that on October 22, 2025, a true and correct copy of the foregoing motion

was served via email and USPS First Class Mail upon Plaintiff-Relator Craig Wiegel.


Craig Wiegel
8664 North Archer Ave.
Tucson, AZ 85741
Email: craigwiegel@comcast.net

Lydia A. Pappas

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br><br>CRAIG WIEGEL<br><br>      *Plaintiff,*<br><br>v.<br><br>ROTECH HEALTHCARE, INC.,<br><br>      *Defendant.* | **LYDIA A. PAPPAS**<br>**DECLARATION IN SUPPORT**<br>**OF MOTION TO WITHDRAW**<br><br><br>Case No. 23 Civ. 2677 (LGS) |

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**

Lydia A. Pappas, an attorney duly admitted to practice law in this Court, hereby declares under penalty of perjury that the following is true and correct:

1.    I submit this declaration in support of TELG's motion to be relieved as counsel for Plaintiff-Relator Craig Wiegel.

2.    Plaintiff Wiegel signed an engagement letter retaining Counsel on March 27, 2022.

3.    As outlined in Plaintiff's March 27, 2022 engagement letter, Plaintiff Wiegel was aware that Counsel reserved the right to terminate representation in the event that the government declined to intervene in his case.

4.    The United States of America declined to intervene on September 15, 2025. Counsel is exercising their right to terminate representation due to this declination.

5.    Withdrawal will not cause unduly delay of trial, or be unduly prejudicial to any party, or otherwise not be in the interests of justice.

6.    Plaintiff Wiegel has been advised of this motion for withdrawal and has no position.

1

7.    TELG has not and does not intend to assert any charging or retaining lien on this matter.

Dated: October 22, 2025                              Respectfully Submitted,

_Lydia Pappas_   (10/22/25 by R. Scott Oswald by permission)

Lydia A. Pappas, Bar no. 983867
R. Scott Oswald (admitted *pro hac vice*)
The Employment Law Group, P.C.
1717 K St NW, Suite 1110
Washington, D.C. 20006
(202) 261-2822 (telephone)
(202) 261-2835 (facsimile)
lpappas@employmentlawgroup.com
soswald@employmentlawgroup.com

*Counsel for Plaintiff-Relators*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2025, a true and correct copy of the foregoing

was served via electronic mail upon:

Ilan Stein, Esq.
Assistant U.S. Attorney
26 Federal Plaza, 37th Floor
New York, NY 10278
Ilan.Stein@usdoj.gov


Lydia A. Pappas


## CERTIFICATE OF SERVICE TO PLAINTIFF

I hereby certify that on October 22, 2025, a true and correct copy of the foregoing motion

was served via email and USPS First Class Mail upon Plaintiff-Relator Craig Wiegel.


Craig Wiegel
8664 North Archer Ave.
Tucson, AZ 85741
Email: craigwiegel@comcast.net


Lydia A. Pappas

3